UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

SUSAN PIMENTEL, as the Administratrix of the
ESTATE OF FERNANDO PIMENTEL,
    Plaintiff,

v.

PULMONETIC SYSTEMS, INC. and
SUNBRIDGE HEALTHCARE CORPORATION,
    Defendants

CIVIL ACTION NO. 04-12469 NG

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT,
PULMONETIC SYSTEMS, INC., PURSUANT TO L.R. 7.3(A)**

The defendant, Pulmonetic Systems, Inc. ("Pulmonetic") by and through its counsel, states that it is a privately held company, with no parent company and no publicly held company that owns 10% or more of its stock.

PULMONETIC SYSTEMS, INC.,

By its attorneys,

_____
Maynard M. Kirpalani, BBO# 273949
Christopher P. Flanagan, BBO# 567075
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated: November 22, 2004

CERTIFICATE OF SERVICE

I, Christopher P. Flanagan, hereby certify that I have this 22nd day of November 2004, served a copy of the foregoing upon counsel of record by mailing same postage prepaid.

_____
Christopher P. Flanagan

31904.1