UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

SUSAN PIMENTEL, as the Administratrix of the
ESTATE OF FERNANDO PIMENTEL,
Plaintiff,

v.

CIVIL ACTION NO. 04-12469-NG

PULMONETIC SYSTEMS, INC. and
SUNBRIDGE HEALTHCARE CORPORATION,
Defendants

## ANSWER AND JURY DEMAND OF DEFENDANT, PULMONETIC SYSTEMS, INC. TO CROSS-CLAIM OF DEFENDANT, SUNBRIDGE HEALTHCARE CORPORATION

25. The defendant declines to respond to paragraph 25 of the Cross-Claim, as the allegations contained therein do not require a response from this defendant.

26. The defendant admits that it is a Minnesota corporation with a principal place of business in Minnesota. The defendant denies the remaining allegations contained in paragraph 26 of the Cross-Claim.

27. The defendant denies the allegations contained in paragraph 27 of the Cross-Claim.

28. The defendant denies the allegations contained in paragraph 28 of the Cross-Claim.

29. The defendant denies the allegations contained in paragraph 29 of the Cross-Claim.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

And further answering, the defendant states that no notice of any alleged breach of warranty was given to the defendant, as required by law, and the defendant was thereby prejudiced.

32012.1

## SECOND AFFIRMATIVE DEFENSE

And further answering, the defendant states that it has performed and fulfilled all promises and obligations arising under all applicable warranties and, therefore, recovery is barred.

## THIRD AFFIRMATIVE DEFENSE

And further answering, the defendant states that it is not liable for breach of implied warranty of merchantability, since any product sold by the defendant was fit for the ordinary purpose for which said product was used.

## FOURTH AFFIRMATIVE DEFENSE

And further answering, the defendant states that any product it sold was fit for its particular purpose and, therefore, recovery is barred.

## FIFTH AFFIRMATIVE DEFENSE

And further answering, the defendant states that it did not breach any express warranties of any kind to any person and/or entity through whom the plaintiff is entitled to claim.

## SIXTH AFFIRMATIVE DEFENSE

And further answering, the defendant states that the Cross-Claim must be dismissed because it fails to state a claim upon which relief may be granted.

## SEVENTH AFFIRMATIVE DEFENSE

And further answering, the defendant states that its conduct was not the proximate cause of any damage allegedly sustained by the plaintiff.

## EIGHTH AFFIRMATIVE DEFENSE

And further answering, the defendant states that if the plaintiff sustained damages as alleged, which the defendant denies, such damages were caused by someone for whose conduct the defendant was not and is not legally responsible.

## NINTH AFFIRMATIVE DEFENSE

And further answering, the defendant states that federal law, with which the defendant complied, preempts state tort law, and therefore, recovery is barred.

## TENTH AFFIRMATIVE DEFENSE

And further answering, to the extent that the plaintiff suffered any damages, it was a result of a superseding and or intervening cause for which the defendant is not responsible.

## ELEVENTH AFFIRMATIVE DEFENSE

And further answering, the defendant states that the product was prescribed and used by a learned intermediary who was adequately informed as to the manner of use of the product and of any risks attendant to the use of the product.

## TWELFTH AFFIRMATIVE DEFENSE

And further answering, the defendant states that the Cross-Claim is barred because there has been no damage as a result of any acts or omissions of the defendant.

**WHEREFORE**, the defendant, Pulmonetic Systems, Inc. demands that the Cross-Claim be dismissed, and it be awarded attorney's fees and costs.

## JURY DEMAND

**THE DEFENDANT DEMANDS A TRIAL BY JURY ON ALL ISSUES.**

PULMONETIC SYSTEMS, INC.,

By its attorneys,

Maynard M. Kirpalani, BBO# 273949
Christopher P. Flanagan, BBO# 567075
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated: November 26, 2004

32012.1

3

## CERTIFICATE OF SERVICE

I, Christopher P. Flanagan, hereby certify that I have this 26th day of November 2004, served a copy of the foregoing upon counsel of record by mailing same postage prepaid.

_____
Christopher P. Flanagan