MAS-20040909    Case 1:04-cv-12469-NG    Document 6    Filed 12/02/2004    Page 1 of 8    11/30/2004
aguiarka                         Commonwealth of Massachusetts                         11:28 AM
BRISTOL SUPERIOR COURT
Case Summary
Civil Docket

## BRCV2004-01189
### Pimentel, Administratrix v Pulmonetic Systems, Inc. et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 10/25/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 11/30/2004 | **Session** | B - CtRm 2 - (Fall River) | | |
| **Origin** | 1 | **Case Type** | B05 - Products liability | | |
| **Lead Case** | | **Track** | A | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 01/23/2005 | **Answer** | 03/24/2005 | **Rule12/19/20** | 03/24/2005 |
| **Rule 15** | 01/18/2006 | **Discovery** | 12/14/2006 | **Rule 56** | 02/12/2007 |
| **Final PTC** | 06/12/2007 | **Disposition** | 10/25/2007 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Susan Pimentel, Administratrix
New Bedford, MA 02740
Active 10/25/2004

**Private Counsel 518020**
David H Waxler
Hamel Waxler Allen & Collins
7 North Sixth Street
PO Box 6000
New Bedford, MA 02742-6000
Phone: 508-993-8000
Fax: 508-992-7997
Active 10/25/2004 Notify

**Private Counsel 553590**
Jacqueline L Risch
Hamel Waxler Allen & Collins
7 North Sixth Street
PO Box 6000
New Bedford, MA 02742-6000
Phone: 508-993-8000
Fax: 508-992-7997
Active 10/25/2004 Notify

**Private Counsel 647265**
Jeremy Waxler
Hamel Waxler Allen & Collins
7 North Sixth Street
PO Box 6000
New Bedford, MA 02742-6000
Phone: 508-993-8000
Fax: 508-992-7997
Active 10/25/2004 Notify

**Alias plaintiff name**
Estate of Fernando Pimentel
Active 10/25/2004

**Private Counsel 518020**
David H Waxler
Hamel Waxler Allen & Collins
7 North Sixth Street
PO Box 6000
New Bedford, MA 02742-6000
Phone: 508-993-8000
Fax: 508-992-7997
Active 10/25/2004 Notify

MAS-20040909
aguiarka

Case 1:04-cv-12469-NG   Document 6   Filed 12/02/2004   Page 2 of 8

Commonwealth of Massachusetts
BRISTOL SUPERIOR COURT
Case Summary
Civil Docket

11/30/2004
11:28 AM

### BRCV2004-01189
### Pimentel, Administratrix v Pulmonetic Systems, Inc. et al

**Private Counsel 553590**
Jacqueline L Risch
Hamel Waxler Allen & Collins
7 North Sixth Street
PO Box 6000
New Bedford, MA 02742-6000
Phone: 508-993-8000
Fax: 508-992-7997
Active 10/25/2004 Notify

**Private Counsel 647265**
Jeremy Waxler
Hamel Waxler Allen & Collins
7 North Sixth Street
PO Box 6000
New Bedford, MA 02742-6000
Phone: 508-993-8000
Fax: 508-992-7997
Active 10/25/2004 Notify

**Defendant**
Pulmonetic Systems, Inc.
Service pending 10/25/2004

**Private Counsel 273940**
Maynard M Kirpalani
Wilson Elser Moskowitz Edelman & Dicker LLP
155 Federal Street
5th Floor
Boston, MA 02110
Phone: 617-422-5300
Fax: 617-423-6917
Active 11/29/2004 Notify

**Private Counsel 567075**
Christopher P Flanagan
Wilson Elser Moskowitz Edelman & Dicker LLP
155 Federal Street
5th Floor
Boston, MA 02110
Phone: 617-422-5300
Fax: 617-423-6917
Active 11/29/2004 Notify

**Defendant**
Sunbridge Healthcare Corporation
Service pending 10/25/2004

**Private Counsel 555988**
K Scott Griggs
Lawson & Weitzen
88 Black Falcon Avenue
Suite 345
Boston, MA 02210-1736
Phone: 617-439-4990
Fax: 617-439-3987
Active 11/29/2004 Notify

Commonwealth of Massachusetts
BRISTOL SUPERIOR COURT
Case Summary
Civil Docket

## BRCV2004-01189
### Pimentel, Administratrix v Pulmonetic Systems, Inc. et al

Private Counsel 634062
Michael Williams
Lawson & Weitzen
88 Black Falcon Avenue
Suite 345
Boston, MA 02210-1736
Phone: 617-439-4990
Fax: 617-439-3987
Active 11/29/2004 Notify

**Other interested party**
FILE COPY
Active 10/25/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 10/25/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 10/25/2004 | | Origin 1, Type B05, Track A. |
| 10/25/2004 | | Notice of 93A complaint sent to Attorney General |
| 11/29/2004 | 2.0 | Notice for Removal to the United States District Court filed by Pulmonetic Systems, Inc., and Sunbridge Healthcare Corporation |
| 11/30/2004 | | Case REMOVED this date to US District Court of Massachusetts with (04-12469NG) |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 10/25/2004 | CtRm Main - (Taunton) | Status: by clerk<br>Initial One-trial Review | Event held as scheduled |

A True Copy By Photostatic Process
Attest:

_[signature]_
Asst. Clerk of Courts

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS.                                           SUPERIOR COURT
                                                       C.A. NO. 804-1189

SUSAN PIMENTEL AS THE            )
ADMINISTRATRIX OF THE ESTATE     )
OF FERNANDO PIMENTEL             )
                                 )
VS.                              )
                                 )
PULMONETIC SYSTEMS, INC.         )
And SUNBRIDGE HEALTHCARE         )
CORPORATION.                     )

BRISTOL, SS SUPERIOR COURT
FILED

25 200[?]

MARC J. SANTOS, ESQ.
CLERK/MAGISTRATE

## COUNT ONE

1. The plaintiff, Susan Pimentel, is the Administratrix of the Estate of Fernando Pimentel.

2. The plaintiff-administratrix, Susan Pimentel, is a resident of New Bedford, MA.

3. The defendant, Pulmonetic Systems, Inc. ("Pulmonetic"), is a Minnesota corporation that is qualified to do business in the Commonwealth of Massachusetts.

4. On May 18, 2003, the plaintiff's intestate, Fernando Pimentel, was a patient at the Sun Healthcare Group, Inc., in New Bedford, MA.

5. On May 18, 2003 the plaintiff's intestate's respirator did not function properly causing the intestate to lose his respiratory functions.

6. The proximate cause of the loss of his functions was the defendant, Pulmonetic's, negligence in the design, planning, construction or general administration of their product.

7. As a proximate result of the defendant, Pulmonetic's, negligence, the plaintiff's intestate, Fernando Pimentel, suffered extreme loss of respiratory functions, suffered great pain of body and mind, and he died.

WHEREFORE, the plaintiff demands judgment against the defendant, Pulmonetic, for the conscious pain and suffering of her intestate, Fernando Pimentel, plus costs and interest this Honorable Court deems appropriate.

## COUNT TWO

8. The plaintiff realleges and repeats each and every allegation contained in paragraphs one through seven inclusive.

WHEREFORE, the plaintiff demands judgment against the defendant, Pulmonetic, for their breach of warranty of merchantability and fitness for a particular purpose, plus interest, costs and any further relief this Honorable Court deems just.

## COUNT FIVE

18. The plaintiff realleges and repeats each and every allegation contained in paragraphs one and two inclusive.

19. The defendant, SunBridge Healthcare Group, formerly d/b/a Mediplex Rehab Hospital ("Mediplex"), is a New Mexico corporation doing business in New Bedford, MA.

20. On May 18, 2003, the plaintiff's intestate, Fernando Pimentel, was a patient at the "Mediplex" in New Bedford, MA.

21. On May 18, 2003 the plaintiff's intestate's respirator did not function properly causing the intestate to lose his respiratory functions.

22. On May 18, 2003 the staff at "Mediplex" acted negligently toward the plaintiff's intestate, Fernando Pimentel.

23. As a proximate result of the negligent care, supervision and inadequate s staffing of the defendant, "Mediplex", the plaintiff's intestate suffered extreme loss of respiratory functions, suffered great pain of body and mind, and he died.

WHEREFORE, the plaintiff demands judgment against the defendant, Mediplex, for the conscious pain and suffering of her intestate, Fernando Pimentel, plus costs and interest this Honorable Court deems appropriate.

## COUNT SIX

24. The plaintiff realleges and repeats each and every allegation contained in paragraphs one through seven inclusive.

WHEREFORE, the plaintiff demands judgment against the defendant, "Mediplex", for the wrongful death of Fernando Pimentel for the benefit of next of kin.

PLAINTIFFS DEMAND A TRIAL BY JURY.

Respectfully submitted,
By their attorneys,
HAMEL, WAXLER, ALLEN & COLLINS, P.C.

_____
DAVID H. WAXLER, ESQUIRE
JACQUELINE L. RISCH, ESQUIRE
JEREMY R. WAXLER, ESQUIRE
7 No. Sixth Street, P.O. Box 6000
New Bedford, Massachusetts 02742
Telephone (508) 993-8000

A True Copy By Photostatic Process
Attest:

_____
Asst. Clerk of Courts

## LAW OFFICES
## HAMEL, WAXLER, ALLEN & COLLINS, P.C.

DAVID H. WAXLER  
JOHN L. COLLINS  

MICHAEL J. UNDERHILL*  
JACQUELINE RISCH  
EVA MARIE MANCUSO**  
MARIO A. PIMENTEL  

7 NORTH SIXTH STREET  
P.O. BOX 6000  
NEW BEDFORD, MASSACHUSETTS 02742-6000  

PERSONAL INJURY LAW  

(508) 993-8000  
(508) 679-3800  
FAX (508) 992-7997  

PAUL G. HAMEL  
RETIRED  
LEO D. ALLEN  
RETIRED  

RAYMOND VERONNEAU  
1981-1983  
JOHN F. SILVA  
1982-1987  

\* ALSO ADMITTED IN CONNECTICUT,  
NEW YORK AND RHODE ISLAND  
\*\* ALSO ADMITTED IN RHODE ISLAND  

October 22, 2004



Superior Court  
Civil Clerk's Office  
9 Court Street  
Taunton, MA  02780  

CA # B04-1189

RE: Susan Pimentel, as the Administratrix of the Estate of Fernando Pimentel  
VS. Pulmonetic Systems, Inc. and SunBridge Healthcare Corporation

Dear Clerk:

Enclosed please find the Complaint, Civil Action Cover Sheet and our check in the amount of $275.00 to cover the cost of filing in the above-referenced matter.

Thank you for your cooperation.

Very truly yours,

DAVID H. WAXLER  
JACQUELINE L. RISCH

DHW/JLR/kam  
Enclosures

OFFICES ALSO IN FALL RIVER AND TAUNTON, MASSACHUSETTS

AFFILIATED WITH HAMEL, WAXLER, ALLEN & COLLINS, A PROFESSIONAL PARTNERSHIP WITH OFFICES IN PROVIDENCE, CRANSTON & WAKEFIELD, RHODE ISLAND

# COVER SHEET

**Superior Court Department**
**County:** Bristol

**PLAINTIFF(S)** Susan Pimentel, As the Administratrix of the Estate of Fernando Pimentel

**DEFENDANT(S)** Pulmonetic Systems, Inc. and SunBridge Healthcare Corporation

**ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE** David H. Waxler, Hamel, Waxler, Allen & Collins, 7 No. 6th St.; Box 6000, New Bedford, MA 02742; (508)993-8000.
Board of Bar Overseers number: 518020

**ATTORNEY (If known)** K. Scott Griggs, Esq.; Lawson & Weitzan; 88 Black Falcon Ave, Boston, MA 02110; Maynard M. Kirpalani, Esq.; Wilson, Elser, Moskowitz, Edelman & Dicker; 155 Federal St., Boston, MA 02110.

## Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

## TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B05 | Products Liability | (A) | (X) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ......................................................... $
  2. Total Doctor expenses .......................................................... $
  3. Total chiropractic expenses .................................................... $
  4. Total physical therapy expenses ................................................ $
  5. Total other expenses (describe) ................................................ $
                                                                          Subtotal $
B. Documented lost wages and compensation to date ................................... $
C. Documented property damages to date .............................................. $
D. Reasonably anticipated future medical and hospital expenses ...................... $
E. Reasonably anticipated lost wages ................................................ $
F. Other documented items of damages (describe) $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

   Plaintiff's intestate Fernando Pimentel died as a result of his injuries.

                                                                               $
                                                                      TOTAL $

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s): Plaintiff is seeking recovery for the wrongful death of her intestate Fernando Pimentel and his next of kin as a result of the negligence of the defendants. It is my expressed opinion that recovery will exceed $25,000.00.

                                                                      TOTAL $

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT       **NONE**

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules of Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record  _David H. Waxler, Esquire_      DATE: 10/22/04

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000