UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUSAN PIMENTEL, AS                )
ADMINISTRATRIX OF THE ESTATE      )
OF FERNANDO PIMENTEL,             )
      PLAINTIFF,                  )
                                  )
VS.                               )        C.A. No. 04 CV 01189B
                                  )        04- 1246 9
PULMONETIC SYSTEMS, INC.          )
AND SUNBRIDGE HEALTHCARE          )
CORPORATION,                      )
      DEFENDANT.                  )

PLAINTIFF'S INITIAL DISCLOSURE PURSUANT TO FED.R.CIV.P.
RULE 26(a)(1) AND LOCAL RULE 35.1

I.     FED. R. CIV. P. RULE 26(a)(1)(A) DISCLOSURE:

The following individuals either witnessed, investigated or participated in the incident:

1.  **Robert Samuel, Vice President, Quality Assurance, Pulmonetics, 17400 Medina Road, Suite 100, Minneapolis, MN 55447**
It is expected that Mr. Samuel, who is the Vice President of Quality Assurance at Pulmonetics will have information about the respirator that was the cause of the above incident

2.  **Angela Valentine, Medmarc Insurance Group, 14280 Park Meadow Drive, Suite 3000, Chantilly, VA 20151-2219, Phone (703) 652-1315**
Ms. Valentine is the Claims Adjuster regarding the suit against Pulmonetics Systems, Inc.

3.  **Darryl Shelby, Los Angeles, Phone (763) 398-8300**
Mr. Shelby is a Regulatory Affairs Specialist in the Los Angeles District. He is the public contact dealing with the recall of this Pulmonetic Systems Ventilator. Although we do not have the address the phone number has been provided.

4. **Laura Zell, Director of Quality Management, New Bedford Rehabilitation Hospital, 4499 Acushnet Avenue, New Bedford, MA  02745, Phone (508) 995-6900**
   Ms. Zell conducted an investigation of the death of Mr. Pimentel.  Her findings are enclosed.

5. **Dr. Bruce Barkalow**
   Dr. Barkalow was the forensics engineer who helped with the extensive investigation into the subject ventilator.

6. **Charles Becoat, Director of FDA, Minneapolis District, and Timothy J. Phillips, 240 Hennepin Avenue, Minneapolis, MN  55401-1939, Phone (612) 334-4100**
   Mr. Becoat inspected the Pulmonetic Systems, Inc. facility in Minnesota.  See his report enclosed.  Mr. Phillips is the Compliance Officer, for the FDA, in the Minneapolis District.

7. **Susan Pimentel, 17 Ryan Street, New Bedford, MA  02740**
   **Luisa Pimentel, 44 E Sun & Sea Drive, South Dartmouth, MA  02748**
   **Jose F. Pimentel, 17 Ryan Street, New Bedford, MA  02740**
   **Renato DaCosta, 189 Allen Street, New Bedford, MA  02740**
   **Carlos Pimentel, 10 Pembroke Drive, North Dartmouth, MA  02747**
   **Manuel DaCosta, 96 Newton Street, New Bedford, MA  02740**
   **Jamie DaCosta, 83 Blaze Road, New Bedford, MA  02745**
   **Bento DaCosta, 245 Aquidneck Street, New Bedford, MA  02744**
   The above listed people with the exception of Lousia Pimentel, are all children of the deceased.  Louisa Pimentel, is the widow of the deceased.

8. **Karen Bacon and Sandra Miller, The Commonwealth of Massachusetts, Executive Office of Health and Human Services, MassHealth Estate Recovery Unit, P.O. Box 15205, Worcester, MA  01615-0205, Phone (508)86-6381**
   These are the case specialists working on the estate claim in MA.

9. **Kim Raposa, RN, Jackie Brooks, LPN, Ana Tavares, CNA, Donna Ziegler, CNA, Dr. Radowski, 4499 Acushnet Avenue, New Bedford, MA  02745**
   The above named people were on duty in the pulmonary unit of Mediplex on the night of the incident.

II. **FED.R.CIV.P. RULE 26(a)(1)(B) DISCLOSURE:**

1. The medical records of Fernando Pimentel for the 90 days prior to May 18, 2003.
2. Letter from the FDA to Pulmonetics regarding an inspection done on their premises. (Obtained from the internet).
3. Information regarding the product recall of the Pulmonetic ventilator. (Obtained from the internet).
4. A memo regarding the investigation into the death of Fernando Pimentel.
5. Forms from the Probate and Family Court regarding the death of Fernando Pimentel.
6. Death certificate of Fernando Pimentel.

III. **FED. R. CIV. P. RULE 26 (a)(1)(C) DISCLOSURE:**

Funeral Expenses in the amount of $10,000.00.

Respectfully submitted,
By plaintiffs' attorneys,
HAMEL, WAXLER, ALLEN & COLLINS

_Jerry Waxler_

DAVID H. WAXLER, ESQUIRE (BBO#518020)
JACQUELINE L. RISCH, ESQUIRE (BBO#553590)
JEREMY R. WAXLER, ESQUIRE (BBO#647265)
7 No. 6th Street, P.O. Box 6000
New Bedford, MA 02740
Tel. (508)993-8000