LAW OFFICES

# HAMEL, WAXLER, ALLEN & COLLINS

DAVID H. WAXLER
JOHN L. COLLINS

JACQUELINE RISCH
EVA MARIE MANCUSO*
MARIO A. PIMENTEL
JEREMY R. WAXLER

7 NORTH SIXTH STREET
P.O. BOX 6000
NEW BEDFORD, MASSACHUSETTS 02742-6000

PERSONAL INJURY LAW

(508) 993-8000
(508) 679-3800
FAX (508) 992-7997

PAUL G. HAMEL
RETIRED
EDO D. ALLEN
RETIRED

RAYMOND VERONNEAU
1981-1983
JOHN F. SILVA
1982-1987

* ALSO ADMITTED IN RHODE ISLAND

*[CLERKS OFFICE stamp]*
*2005 MAR 11  P 12: 40*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

March 10, 2005

Ms. Sandra Holahan, Docket Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
United States Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

RE:   Susan Pimentel, as Administratrix of the Estate of Fernando Pimentel vs. Pulmonetic
      Systems, Inc. and Sunbridge Healthcare Corporation
      C.A. No. 04 CV 01189B        *04-12469 NG*

Dear Ms. Holahan:

    Enclosed please find the two original summonses and returns of service for filing.  These
were originally forwarded to the Taunton Superior Court and were returned as the case has now
been transferred to this court.

    Thank you for your cooperation.

                                        Very truly yours,

                                        DAVID H. WAXLER
                                        JACQUELINE L. RISCH
                                        JEREMY R. WAXLER

DHW/JLR/JRW/kam
Enclosure

OFFICES ALSO IN FALL RIVER AND TAUNTON, MASSACHUSETTS

AFFILIATED WITH HAMEL, WAXLER, ALLEN & COLLINS, A PROFESSIONAL PARTNERSHIP WITH OFFICES IN PROVIDENCE, CRANSTON & WAKEFIELD, RHODE ISLAND

Form #42

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.

SUPERIOR COURT DEPT. OF THE TRIAL COURT

CIVIL ACTION

[SEAL]

No. BRCV 2004-01189-B

Susan Pimentel as Administratrix
of the Estate of Fernando Pimentel , Plaintiff(s)

v.

Pulmonetic Systems, Inc. and
Sunbridge Healthcare Corporation , Defendant(s)

(TO PLAINTIFF'S ATTORNEY :
PLEASE INDICATE TYPE OF ACTION INVOLVED :—
TORT XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

*04- 12469 NG*

## SUMMONS

To the Above-Named Defendant: Sunbridge Healthcare Corporation, 4499 Acushnet Avenue,
New Bedford, MA   02745
You are hereby summoned and required to serve upon ................................................................

David H. Waxler, Esquire

plaintiff's attorney, whose address is ...7 No. 6th St., Box 6000, New Bedford, MA  02742

an answer to the complaint which is herewith served upon you, within (20) days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the office of the Clerk of this
Court at .....Taunton..................... either before service upon plaintiff's attorney or within a
reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim
any claim which you may have against the plaintiff which arises out of the transaction or
occurrence that is the subject matter of the plaintiff's claim or you will thereafter be
barred from making such claim in any other action.

Witness, Hon. Suzanne V. Del Vecchio, Adm. Justice of the Superior Court Dept. of the Trial
Court, at Taunton, the...........29th.................................day of........October........................., in the year
of our Lord two thousand and ..four..........................................

*Mary J. Waxler, Esq.*

*Magistrate*

**NOTES.**

1.  This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2.  When more than one defendant is involved, the names of all defendants should appear in the caption. If
    a separate summons is used for each defendant, each should be addressed to the particular defendant.
3.  If the Commonwealth or an officer of agency thereof is a defendant, the time to be inserted is 60 days.

2SC 24

NOTICE TO DEFENDANT — You need not appear personally in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

Form #42

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.

SUPERIOR COURT DEPT. OF THE TRIAL COURT
CIVIL ACTION

[SEAL]

No. BRCV2004-01189-B

2005 MAR 11 P 12: 41

Susan Pimentel as Administratrix
of the Estate of Fernando Pimentel U.S. DISTRICT COURT
DISTRICT OF MASS

v.

Pulmonetic Systems, Inc. and
Sunbridge Healthcare Corporation _____ , Defendant(s)

(TO PLAINTIFF'S ATTORNEY :

PLEASE INDICATE TYPE OF ACTION INVOLVED :—
TORT XXXXXXXXXXXXXXXXXXXXXXXXXXXXCONTRACTXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

04-12469 NG

## SUMMONS

To THE ABOVE-NAMED DEFENDANT: Sunbridge Healthcare Corporation, 4499 Acushnet Avenue,
New Bedford, MA  02745
You are hereby summoned and required to serve upon ..........................................

.......... David H. Waxler, Esquire ....................................................................................

plaintiff's attorney, whose address is ..7. No. 6th. St.., Box. 6000., New. Bedford,. MA. 02742
an answer to the complaint which is herewith served upon you, within (20) days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the office of the Clerk of this
Court at ....Taunton.................... either before service upon plaintiff's attorney or within a
reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim
any claim which you may have against the plaintiff which arises out of the transaction or
occurrence that is the subject matter of the plaintiff's claim or you will thereafter be
barred from making such claim in any other action.

Witness, Hon. Suzanne V. Del Vecchio, Adm. Justice of the Superior Court Dept. of the Trial
Court, at Taunton, the............29th............................day of......October...................., in the year
of our Lord two thousand and ..four...........................

*Mary J. Sawler, Esq.*

Magistrate

NOTICE TO DEFENDANT — You need not appear personally in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

### NOTES.

1.  This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2.  When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3.  If the Commonwealth or an officer of an agency thereof is a defendant, the time to be inserted is 60 days.

2SC 24