UNITED STATES DISTRCIT COURT
DISTRICT COURT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 11 P 12: 41

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| SUSAN PIMENTEL AS THE ADMINISTRATRIX OF THE ESTATE OF FERNANDO PIMENTEL<br><br>VS.<br><br>PULMONETIC SYSTEMS, INC. And SUNBRIDGE HEALTHCARE CORPORATION. | C.A. NO. 04 -12469 - MBB |

## JOINT STATEMENT FOR SCHEDULING CONFERENCE

Pursuant to Fed.R.Civ.P. 26(f), and to LOCAL RULE 16.1, counsel for the parties Plaintiff, Susan Pimentel, as the administratrix of the Estate of Fernando Pimentel and Defendants, Pulmonetic Systems, Inc. and Sunbridge Healthcare Corporation conferred by electronic mail on February 9, 2005. Based on those conferences the parties submit their joint statement as follows:

### PROPOSED PRETRIAL SCHEDULE

1. **Proposed Discovery Plan:**

    a. The parties agree that the discovery in this action should be governed by the limitations set out in LOCAL RULE 26.1(C).

2. **Proposed Discovery Schedule:**

The above-entitled action was removed to this Court on **November 23, 2004.** The parties jointly propose the following schedule for completion of discovery, the filing of pretrial motions and the disclosure of experts:

a.  Amendments and/or supplements to the pleadings or motions for leave to file the same may be filed by **May 1, 2005**, subject to the provisions of the Federal Rules of Civil Procedure;

b.  Discovery is to be completed by **February 24, 2006**, unless shortened or enlarged by Order of this Court; The parties agree that the completion of discovery means that all responses to discovery requests, except for requests for admissions, shall be served by **February 24, 2006**, and the taking of all depositions, except for any depositions of experts, shall be completed by **February 24, 2006**;

c.  All trial experts are to be designated by **March 24, 2006**, and disclosure of information contemplated by Fed.R.Civ.P 26(b) is to be provided by **March, 2006**. Any expert depositions are to be completed by **March 24, 2006**;

d.  All dispositive motions, including motions for summary judgment, are to be filed by **May 14, 2006**, and responses are to be filed by **May 28, 2006**, thereafter pursuant to LOCAL RULE 7.1 and all filings must conform to the requirements of LOCAL RULE 56.1; and

e.  All motions in limine shall be filed within four weeks of trial;

3. **Other issues:**

   a.  The parties have already submitted this matter to non-binding mediation. It is unclear at this time whether further mediation will be helpful. The parties will revisit the possibility of additional mediation in the future;

   b.  The parties decline the offer of trial by Magistrate;

   c.  The parties have conferred on the issue of settlement pursuant to LOCAL RULE 16.1(C).

2

## CERTIFICATION OF CONFERENCE BY COUNSEL

The parties have conferred with their clients pursuant to LOCAL RULE 16.1(D)(3). The 16.1(D)(3) certification of the parties have separately filed with the Court by the parties. The below signed counsel for the parties also certify that they held a conference pursuant to Fed.R.Civ.P. 26(f) on March 17, 2005.

For the Defendant,
Pulmonetic Systems, Inc.,

_____
Christopher P. Flanagan, Esquire
Wilson, Elser, Moskowitz,
Edelman & Dicker
155 Federal Street
Boston, MA  02110

For the Defendant,
Sunbridge Healthcare
Corporation,

_____
Mr. K. Scott Griggs, Esquire
Lawson & Weitzen
88 Black Falcon Avenue
Boston, MA  02110

For the Plaintiff,

_____
David H. Waxler, Esquire
Jeremy R. Waxler, Esquire
Jacqueline L. Risch, Esquire
Hamel, Waxler, Allen & Collins
7 North Sixth St., Box 6000
New Bedford, MA 02740
Tel: (508) 993-8000