UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN PIMENTEL, as the Administratrix of the ESTATE OF FERNANDO PIMENTEL,<br>        Plaintiff,<br><br>v.<br><br>PULMONETIC SYSTEMS, INC. and SUNBRIDGE HEALTHCARE CORPORATION,<br>        Defendants | CIVIL ACTION NO. 04-12469 - NG |

**CERTIFICATION BY DEFENDANT, PULMONETIC SYSTEMS, INC.,
PURSUANT TO L.R. 16.1(D)(3)**

The defendant, Pulmonetic Systems, Inc., and its counsel hereby certify to this Court that the defendant and its counsel have conferred:

(a)     with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b)     to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

                                        PULMONETIC SYSTEMS, INC.,

                                        By its attorneys,

                                        ____/s/ Christopher P. Flanagan_____
                                        Maynard M. Kirpalani, BBO# 273940
                                        Christopher P. Flanagan, BBO# 567075
                                        Wilson, Elser, Moskowitz, Edelman & Dicker LLP
                                        155 Federal Street
                                        Boston, MA 02110
Dated: March 14, 2005             (617) 422-5300


                                        PULMONETIC SYSTEMS, INC.,

                                        By its duly authorized representative:

                                        ____/s/ Robert Samec (cpf)_____
Dated: March 14, 2005             Robert Samec

35504.1