UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN PIMENTEL, as the Administratrix of the ESTATE OF FERNANDO PIMENTEL<br><br>*Plaintiff,*<br><br>v.<br><br>PULMONETIC SYSYEMS, INC. and SUNBRIDGE HEALTHCARE CORPORATION,<br><br>*Defendants.* | Civil Action No. 04-12469-NG |

**LOCAL RULE 16.1(D)(3) CERTIFICATION**

    I, Dusti Harvey, SunBridge Healthcare Corporation, affirm that I have conferred with my counsel concerning the costs of conducting this litigation as well as the various alternative dispute resolution programs that may at some point assist in resolving this litigation.


Dated: March 14, 2005                    SunBridge Healthcare Corporation

                                              /s/ Dusti Harvey
                                       Dusti Harvey,
                                       General Counsel for Litigation

                                             /s/ K. Scott Griggs

| | |
|---|---|
| K. Scott Griggs | (BBO# 555988) |
| Robert J. Roughsedge | (BBO# 638180) |
| Michael Williams | (BBO# 634062) |
| Marissa A. Goldberg | (BBO# 654506) |

Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987