UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN PIMENTEL, AS )<br>ADMINISTRATRIX OF THE ESTATE )<br>OF FERNANDO PIMENTEL, )<br>　　　　PLAINTIFF, )<br>　　)<br>VS. )<br>　　)<br>PULMONETIC SYSTEMS, INC. )<br>AND SUNBRIDGE HEALTHCARE )<br>CORPORATION, )<br>　　　　DEFENDANT. ) | C.A. No. 04-CV-01189B<br>04-12469 NG |

## EXPENSE AND DELAY REDUCTION PLAN CERTIFICATION

Now comes the plaintiff pursuant to Rule 1.02(d) of the Expense and Delay Reduction Plan, certifies that she has conferred with counsel with a view to establishing a budget for the costs of this litigation.

Plaintiff,

_____
Susan Pimentel, Administratrix

Hamel, Waxler, Allen & Collins

_____
David H. Waxler, Esquire (BBO#518020)
Jacqueline L. Risch, Esquire (BBO#553590)
Jeremy R. Waxler, Esquire (BBO#647265)
7 No. 6th Street, P.O. Box 6000
New Bedford, MA 02740
Tel. (508)993-8000