UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUSAN PIMENTEL, as the Administratrix of the
ESTATE OF FERNANDO PIMENTEL,
Plaintiff,

v.

PULMONETIC SYSTEMS, INC. and
SUNBRIDGE HEALTHCARE CORPORATION,
Defendants

CIVIL ACTION NO. 04-12469 - NG

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the parties hereby stipulate and agree that all claims and cross-claims be dismissed with prejudice, without costs or attorney's fees, and with all rights of appeal waived.

SUSAN PIMENTEL, as the
Administratrix of the ESTATE OF
FERNANDO PIMENTEL,

By her attorneys,

/s/ David H. Waxler (mmk)
David H. Waxler, BBO#
Hamel, Waxler, Allen & Collins, P.C.
7 North Sixth Street
P.O. Box 6000
New Bedford, MA 02740
(508) 993-8000

PULMONETIC SYSTEMS, INC.,

By its attorneys,

/s/ Maynard M. Kirpalani
Maynard M. Kirpalani, BBO# 273940
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

SUNBRIDGE HEALTHCARE
CORPORATION,

By its attorney,

/s/ Scott Griggs (mmk)
Scott Griggs, BBO#
Lawson & Weitzen, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210-2414
(617) 439-4990

Dated: _____

36337.2